IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN REID DOUGLAS and DANIELLE REID DOUGLAS, | : <br> : Civ. No. 3:23-CV-00747 <br> : |
| Plaintiff, | : <br> : (Judge Munley) <br> : |
| v. | : <br> : <br> : (Magistrate Judge Carlson) <br> : |
| ATRIUM MEDICAL CORPORATION, MAQUET CARDIOVASCULAR US SALES, LLC, AND GETINGE AB, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## MEMORANDUM AND ORDER

On November 1st, 2023, a number of cases, including the instant case, were reassigned to the undersigned for pretrial management. Defendants Atrium Medical Corporation (Atrium), Maquet Cardiovascular US Sales, LLC (Maquet), and Getinge AB have moved to dismiss *pro se* Plaintiffs Steven Reid Douglas and Danielle Reid Douglas' complaint. (Docs. 19, 31). These motions are currently under consideration by the Court.

On July 26th, 2023, the plaintiffs filed a motion for leave to file a sur reply brief to Defendants Atrium and Maquet's reply to the plaintiff's brief in opposition to Atrium and Maquet's motion to dismiss and included a copy of the proposed sur

1

reply brief. (Doc. 30). Mindful of the fact that the plaintiffs are proceeding *pro se* AND NOW, this 30th day of November 2023, IT IS HEREBY ORDERED that the plaintiffs' motion for leave to file a sur reply brief, (Doc. 30), is GRANTED. The Parties are hereby notified that no further briefing on the motions to dismiss is deemed necessary.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge