UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN REID DOUGLAS and DANIELLE REID DOUGLAS, | : : : | Civ. No. 3:23-CV-00747 |
| Plaintiff, | : : | (Judge Neary) |
| v. | : : : | (Magistrate Judge Carlson) |
| ATRIUM MEDICAL CORPORATION, MAQUET CARDIOVASCULAR US SALES, LLC, AND GETINGE AB, | : : : : : | |
| Defendants. | : | |

## MEMORANDUM AND ORDER

This is a *pro se* products liability, personal injury lawsuit. On December 13, 2024, the court entered an order conditionally appointing counsel, and directed the Pro Bono Coordinator for the Middle District of Pennsylvania Chapter of the Federal Bar Association to seek to identify counsel willing to assist in this case. That order also stated that If counsel cannot be located to represent plaintiffs this conditional order will be revoked.

The Pro Bono Coordinator has since advised the Court that he has been unable to find counsel willing to accept an appointment in this action. Accordingly, the plaintiffs are hereby advised that the Court has been unable to identify counsel

1

willing to assist in this case, and IT IS THEREFORE ORDERED THAT the Court's prior order conditionally appointing counsel is VACATED. The plaintiffs shall be required to continue litigating this action on their own behalf, *pro se*.

We also note that the defendants have filed a motion to dismiss this case for lack of prosecution. (Doc. 57). The plaintiffs are advised that they must respond to this motion on or before **May 7, 2025**.

SO ORDERED, this 16th day of April 2025.

>*/s/ Martin C. Carlson*
>Martin C. Carlson
>United States Magistrate Judge